UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**California Association of Professional Firefighters**

                                          DEFAULT JUDGMENT

   v.

                                    Case No.  2:10-CV-2289 WBS DAD

**Lynn B. Bauman**

_____


      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant in the amount of $25,423.33:

            Lynn B. Bauman


September 14, 2011

                                        VICTORIA C. MINOR, CLERK

                                        By: /s/ L. Reader, Deputy Clerk